### H. S. MEINHARD & BRO. v. PINCUS.

(Circuit Court of Appeals, Fifth Circuit. November 27, 1912.)

No. 2,388.

Petition to Revise Order of the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge.

In the matter of Max Pincus, bankrupt. On petition of H. S. Meinhard & Bro. to revise an order of the District Court. Petition dismissed.

See, also, 200 Fed. 736.

T. H. Parker, of Moultrie, Ga., for petitioner.

Arthur H. Codington and Charles Akerman, both of Macon, Ga., for respondent.

Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge,

PER CURIAM. This case having been disposed of on appeal brought at the same time, this petition to revise is denied and dismissed.